No. 826.  COSTELLO *v.* UNITED STATES.  C. A. 2d Cir. Certiorari granted limited to Question 1 presented by petition which reads as follows:

"1. Do not the federal wagering tax statutes here involved violate the petitioner's privilege against self-incrimination guaranteed by the Fifth Amendment? Should not this court, especially in view of its recent decision in *Albertson* v. *Subversive Activities Control Board,* 382 U. S. 70 (1965), overrule *United States* v. *Kahriger,* 345 U. S. 22 (1953) and *Lewis* v. *United States,* 348 U. S. 419 (1955) ?"

*Ira B. Grudberg* for petitioner.

No. 944.  SPEVACK *v.* KLEIN.  Ct. App. N. Y.  Certiorari granted.  *Lawrence J. Latto, William H. Dempsey, Jr.,* and *Bernard Shatzkin* for petitioner.  *Solomon A. Klein,* respondent, *pro se.*

No. 50.  UNITED STATES *v.* S & A Co.  C. A. 8th Cir. Certiorari denied.  *Solicitor General Cox* and *Assistant Attorney General Oberdorfer* for the United States. *Leland W. Scott* for respondent.

No. 763.  PERFECT FIT PRODUCTS MANUFACTURING CO., INC. *v.* MONSANTO CHEMICAL CO., SUCCESSOR TO CHEMSTRAND CORP.; and

No. 937.  MONSANTO CHEMICAL CO., SUCCESSOR TO CHEMSTRAND CORP. *v.* PERFECT FIT PRODUCTS MANUFACTURING CO., INC.  C. A. 2d Cir.  Certiorari denied. *Jay F. Gordon* for petitioner in No. 763 and for respondent in No. 937.  *Granville M. Brumbaugh* for petitioner in No. 937 and for respondent in No. 763.  Reported below: 349 F. 2d 389.